FILED IN OPEN COURT
U.S.D.C ATLANTA

Date: 02/13/2023

KEVIN P. WEIMER, Clerk

By: /s/Sonya Lee Coggins

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

KASIE LYNN ARRANT

Criminal

Information No.

1:23-CR-0055

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 21, 2021, in the Northern District of Georgia, the defendant,

KASIE LYNN ARRANT,

did knowingly and willfully possess with intent to distribute a controlled substance, that is a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 841(a)(1).

**Forfeiture**

Upon conviction of the offense alleged in this Information, the defendant, KASIE LYNN ARRANT, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a), all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including, but not limited to, the following:

    (a) MONEY JUDGMENT: A sum of money in United States currency equal to the amount of proceeds the defendant obtained as a result of the offense for which the defendant is convicted;

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property or seek a money judgment against said defendant for any amount that would constitute the proceeds of such violation.

RYAN K. BUCHANAN
  *United States Attorney*

MARY L. WEBB
  *Assistant United States Attorney*
Georgia Bar No. 940420

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6002

3